IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00114-BNB

JOHN SAUNDERS,

Plaintiff,

v.

J. M. WILNER, Individually and in his official capacity as Warden,
at the Federal Correctional Insttution [sic] – Florence, and
DAVE GRUDERS, Individually and in his official capacity as the Religious Coordinator
at the Federal Correctional Institution - Florence,

Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 5, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00114-BNB

John Saunders
Reg No. 08528-051
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/5/09

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk