IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00114–REB–KMT

JOHN SAUNDERS,

    Plaintiff,

v.

J.M. WILNER, individually and in his official capacity as Warden, at the Federal Correctional Institution - Florence; and,
DAVE GRUDERS, individually and in his official capacity as the Religious Coordinator at the Federal Correctional Institution - Florence,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Before the court is the "Petitioner's Motion to Postpone Case, and to Stay the Course" (#19, filed April 27, 2009). To the extent Plaintiff moves to stay proceedings, his motion is DENIED. However, the Plaintiff is granted an extension up to and including June 30, 2009, to file his response to the motion to dismiss.

The court reminds Plaintiff of his duty to confer with opposing counsel on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997). Future motions filed by Plaintiff without conferring may result in the court striking the motions.

Furthermore, Fed. R. Civ. P. 5(a)(1) requires that any pleading filed after the original complaint and any written motion be served on any party. Plaintiff did not serve his motion on Defendants. Any further documents filed by Plaintiff not served on Defendants may be stricken.

Dated: April 29, 2009