IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00114–REB–KMT

JOHN SAUNDERS,

    Plaintiff,

v.

J.M. WILNER, individually and in his official capacity as Warden, at the Federal Correctional Institution - Florence; and,
DAVE GRUDERS, individually and in his official capacity as the Religious Coordinator at the Federal Correctional Institution - Florence,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's letter docketed as a motion to have the parties provide copies of everything filed (#30, filed June 16, 2009) is GRANTED. In accordance with the Section V.G.4 of the Electronic Case Filing Procedures for the District of Colorado, filers are required to serve copies of any electronically filed pleading, document, or proposed order on parties not registered for ECF according to the Federal Rules of Civil Procedure.

Dated: June 18, 2009