IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00114–REB–KMT

JOHN SAUNDERS,

    Plaintiff,

v.

J.M. WILNER, individually and in his official capacity as Warden, at the Federal Correctional Institution - Florence; and,
DAVE GRUDERS, individually and in his official capacity as the Religious Coordinator at the Federal Correctional Institution - Florence,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's Motion entitled "Plaintiff Request a Scheduling Meeting Under, Fed.R.Civ.P. 26(f)" (#41, filed October 26, 2009) is DENIED. Plaintiff appears to requests the court set a settlement conference at this time. However, a settlement conference, if necessary, will be set during the scheduling conference.

Dated: October 29, 2009