IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00114–REB–KMT


JOHN SAUNDERS,

     Plaintiff,

v.

J.M. WILNER, individually and in his official capacity as Warden, at the Federal Correctional
Institution - Florence; and,
DAVE GRUDERS, individually and in his official capacity as the Religious Coordinator at the
Federal Correctional Institution - Florence,

     Defendants.

---

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

     The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by
District Judge Robert E. Blackburn, pursuant to the Order of Reference dated February 9, 2009.
*See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

     It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **December
3, 2009,** at **9:45 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse,
1929 Stout Street, Denver, Colorado.

     The parties need not comply with the requirements of Fed. R. Civ. P. 16 and
D.C.Colo.LCivR. 16.2 and 26.1.  The purpose of the initial conference is to consider the nature
and status of the case, the timing for filing of any motions, and what discovery, if any, will be
needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 29th day of October, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge