IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00114–REB–KMT

JOHN SAUNDERS,

    Plaintiff,

v.

JULIE WANDS, and
MIKE MERRILL

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for An Order Compelling Discovery" (Doc. No. 50, filed February 24, 2010) is DENIED without prejudice. Defendants are ORDERED to submit responses to Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission no later than May 14, 2010. Plaintiff is not required to amend his discovery requests to serve the substituted defendants. After Plaintiff's receipt of Defendants' discovery responses, Plaintiff is granted leave to re-file his motion to compel, if necessary.

Dated: April 15, 2010