**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00114-REB-KMT

JOHN SAUNDERS,

    Plaintiff,

v.

JULIE WANDS, individually and in his official capacity as Warden, at the Federal Correctional Insttution [*sic*] - Florence, and
CHAPLAIN MIKE MERRILL, individually and in his official capacity as the Religious Coordinator at the Federal Correctional Institution - Florence,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Plaintiff's Motion To Dismiss With Prejudice** [#104] filed November 5, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Motion To Dismiss With Prejudice** [#104] filed November 5, 2010, is **GRANTED**;

    2. That any pending motion is **DENIED** as moot; and

    3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 8, 2010, at Denver, Colorado.

                                  **BY THE COURT:**

*Robert E. Blackburn*
United States District Judge